Case 2:14-cv-02943-RNB   Document 27   Filed 02/09/15   Page 1 of 1   Page ID #:226

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 2-9-15

DEPUTY CLERK

JS-6
Entered

FILED
CLERK, U.S. DISTRICT COURT
FEB - 9 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO CUELLAR,<br><br>　　　Petitioner,<br><br>　vs.<br><br>T. BUSBY, Warden (A),<br><br>　　　Respondent. | Case No. CV 14-2943 RNB<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order Thereon filed herewith,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: February 6, 2015

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE